# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2507

_____

United States of America,      *
     *
        Appellee,      *
     *    Appeal from the United States
    v.      *    District Court for the
     *    Western District of Missouri.
Edgar Lara-Garcia,      *
     *    [UNPUBLISHED]
        Appellant.      *

_____

Submitted: December 21, 2011
Filed: December 28, 2011

_____

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Edgar Lara-Garcia pleaded guilty to illegal reentry after deportation. See 8 U.S.C. § 1326(a) and (b)(2). The district court[1] sentenced him to 18 months in prison and 3 years of supervised release. On appeal, his counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), asserting that the sentence was unreasonable.

_____

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

We conclude the district court did not impose an unreasonable sentence: the court committed no significant procedural error in sentencing Lara-Garcia, see United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (describing procedural error); and Lara-Garcia has not rebutted the presumption that his sentence, at the bottom of the undisputed Guidelines range, was substantively reasonable, see United States v. Hull, 646 F.3d 583, 588 (8th Cir. 2011) (sentence within advisory Guidelines range is presumed reasonable). Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issue. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____